```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:___3/8/2022___        │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                              Plaintiff,

            -against-

CITY OF NEW YORK; CAPTAIN PINES;
CAPTAIN CLARKE; C.O. GORDON; ESU
CAPTAIN JOHNSON; CAPTAIN CHMUT;
(D.W. JOHN DOE); C.O. JANE DOE; C.O.
JOHN DOE,

                              Defendants.

22-CV-1189 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

        Plaintiff, currently incarcerated in the North Infirmary Command on Rikers Island, brings

this *pro se* action under 42 U.S.C. 1983, alleging that Defendants subjected him to excessive

force and denied him adequate and timely medical attention.  By order dated March 1, 2022, the

Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma*

*pauperis* (IFP).[1]

## DISCUSSION

### A.    Waiver of service

        The Clerk of Court is directed to notify the New York City Department of Correction and

the New York City Law Department of this order.  The Court requests that Defendants the City

of New York, Captain Pines, Captain Clarke, C.O. Gordon, Emergency Service Unit (ESU)

Captain Johnson, and Captain Chmut waive service of summons.

---

[1]     Prisoners are not exempt from paying the full filing fee, even when they have been
granted permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).

**B.      Unidentified "Doe" defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  In the complaint, Plaintiff alleges that the underlying events occurred in the Robert N. Davoren Center and the George R. Vierno Center.  Plaintiff appears to supply sufficient information to permit the City of New York to identify: (1) the John Doe correction officer who sprayed Plaintiff with a chemical agent after 7:00 p.m. on January 7, 2022; (2) the Jane Doe correction officer who was in charge of the intake post after 7:00 p.m. on January 7, 2022; and (3) any other correction officer, captain, or member of the ESU who was involved in the events occurring between January 7, 2022, and January 14, 2022.  (ECF 2 at 7-8.)

It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the New York City Department of Correction ("DOC"), must ascertain the identity and badge number of each unidentified defendant whom Plaintiff seeks to sue here and the address where each of those defendants may be served.[2]  The Law Department must provide this information to Plaintiff and the Court **within sixty days of the date of this order**.

**Within thirty days of receiving this information**, Plaintiff must file an amended complaint naming the newly identified defendants.  The amended complaint will replace, not supplement, the original complaint.  An amended complaint form that Plaintiff should complete is attached to this order.  Once Plaintiff has filed an amended complaint, the Court will screen the

---

[2]      If any unidentified defendant is a current or former DOC employee or official, the New York City Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility.  If any unidentified defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the New York City Law Department must provide a residential address where the individual may be served.

amended complaint and, if necessary, issue an order asking the newly named defendants to waive service.

**C.      Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action.  Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."  Within 120 days of the date of this order, the identified defendants must serve responses to these standard discovery requests.  In their responses, the identified defendants must quote each request verbatim.[3]

<b>CONCLUSION</b>

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order.  The Court requests that Defendants the City of New York; Captain Pines; Captain Clarke; Correction Officer Gordon; ESU Captain Johnson; and Captain Chmut waive service of summons.

The Clerk of Court is also directed to mail a copy of this order and the complaint to the New York City Law Department at 100 Church Street, New York, N.Y. 10007.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff together with an information package.

An "Amended Complaint" form is attached to this order.

---

[3]      If Plaintiff would like copies of those discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).


SO ORDERED.

Dated:    March 8, 2022
             New York, New York

_____
          VALERIE CAPRONI
       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____
(Include case number if one has been assigned)

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name                    Middle Initial                 Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                          State                     Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                    Last Name                           Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                            State                       Zip Code

Defendant 2:

First Name                    Last Name                           Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                            State                       Zip Code

Defendant 3:

First Name                    Last Name                           Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                            State                       Zip Code

Defendant 4:

First Name                    Last Name                           Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                            State                       Zip Code

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated _____        Plaintiff's Signature _____

First Name _____   Middle Initial _____   Last Name _____

Prison Address _____

County, City _____   State _____   Zip Code _____

Date on which I am delivering this complaint to prison authorities for mailing: _____