USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　Defendants. | 22-CV-1189 (JHR) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

　　Fact discovery deadline is **August 31, 2023**.

　　Defendants are relieved from further obligations under the Valentin Order previously issued as Plaintiff is now represented by counsel. Nonetheless, Corporation Counsel shall cooperate with Plaintiff's counsel in identifying officers involved in the incidents alleged in the complaint. By **Monday, April 3, 2023**, the parties shall file a joint status letter, updating the Court on amendments and the ongoing investigation.

Dated: February 16, 2023
　　　　New York, New York

　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**KATHARINE H. PARKER**
　　　　　　　　　　　　　　**United States Magistrate Judge**