USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

22-CV-1189 (JHR) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A Case Management Conference is scheduled in this action on Wednesday, May 3, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.

Dated: March 23, 2023
      New York, New York

**SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**