UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                       Plaintiff,

-against-

   CITY OF NEW YORK, et al.,

                      Defendants.

22-CV-01189 (JHR) (KHP)

22-CV-04758 (JLR) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      On April 3, 2023, Rob Rickner and Stephanie Panousieris of Rickner PLLC, counsel for Plaintiff in both of the above-captioned actions, moved to withdraw as counsel in both actions pursuant to Local Civil Rule 1.4. The motions state that Plaintiff terminated Rickner PLLC as his representation, and that Rickner PLLC intends to assert a lien pursuant to New York Judiciary Law § 475. The motion also requests a 60-day stay of all proceedings to allow time for Plaintiff to obtain new counsel. Finally, the letter represents that Plaintiff is no longer incarcerated.

      The decision to grant or deny a motion to withdraw is within the district court's discretion. In making the determination, courts consider the reasons for withdrawal, and the impact of the withdrawal on the timing of the proceeding. *Karimian v. Time Equities, Inc.*, 2011 WL 1900092, at *2 (S.D.N.Y. May 11, 2011) (citing S. & E.D.N.Y. R. 1.4).

      By **Monday, April 10, 2023**, Plaintiff shall file a letter stating his position on his counsel's motion to withdraw. The letter should state whether Plaintiff consents to his counsel's motion to withdraw, and if so, whether he intends to seek new counsel or to proceed pro se. If Plaintiff opposes the motion, the letter should state why Plaintiff opposes the motion. As a practical

matter, Plaintiff should send the letter to his counsel at Rickner PLLC who can then file the letter on ECF.  If Defendants take a position on the motion, they shall also file a letter by **April 10, 2023** stating that position.

These actions are stayed pending resolution of the motions to withdraw.  However, at this time, the conferences scheduled for May 3, 2023 at 2:00 p.m. will proceed as scheduled unless adjourned by a separate order.

**Counsel for Plaintiff shall immediately send a copy of this Order to the Plaintiff.**

**SO ORDERED**.

Dated: April 4, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge