USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

22-CV-1189 (JHR) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the May 3, 2023 Case Management Conference:

Defendants shall identify the two as yet unidentified individual defendants by **May 31, 2023**.

In light of Plaintiff's pro se status, the discovery requests he made at the Conference are deemed sufficient. Defendants shall request a copy of the transcript from the recording and shall provide the requested discovery items to the extent they are in Defendants' possession, custody, or control by **Monday, June 19, 2023**.  Additionally, by **Monday, June 19, 2023,** Defendants shall produce the results of the investigation to Plaintiff.

The deadline for Defendants to respond to the Complaint is **June 30, 2023.**

A Case Management Conference is scheduled on **August 3, 2023 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.  The parties shall arrive at the courthouse early to allow time to pass through security.

**SO ORDERED**.

Dated: May 4, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge