USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>       Plaintiff,<br><br>-against-<br><br>  CITY OF NEW YORK, et al.,<br><br>       Defendants. | **22-CV-1189 (JHR) (KHP)**<br><br>**ORDER** |
| AMAURY URENA,<br><br>       Plaintiff,<br><br>-against-<br><br>  CITY OF NEW YORK, et al.,<br><br>       Defendants. | **1-22-CV-4758 (JLR) (KHP)**<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Case Management Conference scheduled on **August 3, 2023 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

**The Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff.**

**SO ORDERED**.

Dated: July 18, 2023
       New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge