```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | **22-CV-1189 (JHR) (KHP)**<br><br>**ORDER** |
| AMAURY URENA,<br><br>    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | **22-CV-4758 (JLR) (KHP)**<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court scheduled telephonic Case Management Conferences in the two above-captioned cases to occur yesterday, October 12, 2023 at 3:00 p.m., but Plaintiff did not attend the Conferences. Counsel for Defendants advised the Court's staff that they understood Plaintiff had changed his mail and email addresses and his telephone number. Plaintiff's new mailing address is believed to be **604 St. Nicholas Avenue, Apt 3B, New York, NY 10030**. The Court understands that Plaintiff's change of contact information may have led to his inadvertently failing to attend the October 12 Conferences. Accordingly, the Conferences are rescheduled to occur on **Tuesday, November 7, 2023 at 3:00 p.m. At the scheduled time, the parties should dial (866) 434-5269; access code 4858267.**

For Plaintiff's convenience, the Court will continue to schedule the -1189 and -4758 matters to occur at the same time.  The parties shall be prepared to discuss the -1189 matter first, followed by the -4758 matter.

Plaintiff is reminded that he has an obligation to immediately notify the Court through the pro se office of any change in his address or contact information.  Without an accurate mailing address, the Court cannot communicate with Plaintiff, and Plaintiff cannot prosecute his case.  It is not sufficient for Plaintiff to update counsel for Defendants regarding his contact information; Plaintiff **must** also immediately advise the Court of any changes to his contact information.  The Court has mailed a change of address form to what it believes is Plaintiff's new address.  Plaintiff should immediately complete and return the form to the pro se office.  Plaintiff is reminded that his continued failure to maintain a current mailing address of record, and/or his failure to attend case management conferences, could result in sanctions up to and including dismissal of his case for failure to prosecute.

**The Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff to the address listed on the docket and to:  604 St. Nicholas Avenue, Apt 3B, New York, NY 10030.**

**SO ORDERED**.

Dated: October 13, 2023
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge