**MEMO ENDORSED**



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MARY JANE ANDERSON**<br>phone: (212) 356-2415<br>fax: (212) 356-3509<br>maanders@law.nyc.gov |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/06/2023
```

November 3, 2023

**APPLICATION GRANTED:** The telephonic Case Management Conference in these matters scheduled for Tuesday, November 7, 2023 at 3:00 p.m. are hereby rescheduled to <u>Tuesday, November 14, 2023 at 3:00 p.m.</u>  The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.  <u>The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**11/06/2023**

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Amaury Urena v. City of New York, et al.,</u>
            <u>22 Civ. 4758 (JLR) (KHP)</u>

            <u>Amaury Urena v. City of New York, et al.,</u>
            <u>22 Civ. 1189 (JHR) (KHP)</u>

Your Honor:

      I represent defendants the City of New York, Captain Pines, and Captain Clarke in the above-referenced matter.  Defendants in the two above-referenced matters respectfully request that the Court adjourn the November 7, 2023 conference to a later date convenient for the Court.  This is Defendants' first such request.  Defendants have been unable to reach Plaintiff to discuss this letter motion.

      On October 12, 2023, the Court held a joint case management conference for both cases.  (<u>See</u> Docket Entry Dated October 12, 2023).  Plaintiff did not appear. Accordingly, the Court rescheduled the conference for November 7, 2023.  (<u>See</u> ECF No. 34).

      However, November 7, 2023 is a New York City Law Department holiday and defense counsel in the above-referenced cases will both be out of the office.  As such, Defendants respectfully request that the Court adjourn the conference to a later date convenient to the Court. For the Court's convenience, Defendants are available for a telephone conference after 2:00 p.m. on November 14, 2023, any time after 1:00 p.m. on November 15, or any time on November 17, 2023.

2

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*
Special Federal Litigation Division


   /s/  *Mary Jane Anderson*
Mary Jane Anderson
*Assistant Corporation Counsel*
Special Federal Litigation Division


To:     **Via First-Class Mail**
        Amaury Urena
        *Plaintiff* pro se
        604 St. Nicholas Avenue
        Apt 3B
        New York, NY 10030