UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
AMAURY URENA,

         Plaintiff,

-against-

   CITY OF NEW YORK, et al.,

         Defendants.
```

```
AMAURY URENA,

         Plaintiff,

-against-

   CITY OF NEW YORK, et al.,

         Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023

1-22-CV-1189 (JHR) (KHP)

1-22-CV-4758 (JLR) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A settlement conference is scheduled in the above-referenced actions on **Tuesday, February 20, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person and corporate parties must send the person with decision-making authority to settle the matter to the conference.  Corporation Counsel must arrange for a representative of the Comptroller either to attend the conference or to be available by telephone to approve any proposed settlement.

The Court will attempt to arrange for pro bono counsel to represent Plaintiff at the settlement conference.  If the Court is able to arrange for pro bono counsel to represent Plaintiff, counsel will reach out to Plaintiff by telephone to confirm the representation.

By **Tuesday, February 13, 2024**, each party must complete the Court's Settlement Conference Summary Form available at https://nysd.uscourts.gov/hon-katharine-h-parker, and email the form to my Chambers at Parker_NYSDChambers@nysd.uscourts.gov.  Each party also must submit a letter, not to exceed three pages, summarizing the issues in the case, the settlement value of the case and rationale for it, case law authority relevant to settlement discussions, and any other facts that would be helpful to the Court in preparation for the conference. Parties may attach exhibits to their letters to the extent they believe the exhibits would aid settlement discussions. The Settlement Conference Summary Form and letter should be emailed to Parker_NYSDChambers@nysd.uscourts.gov on an ex parte basis, i.e. they should not be shared with the opposing party.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

**SO ORDERED**.

Dated: December 6, 2023
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge