UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024

**1-22-CV-1189 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A settlement conference in this matter was scheduled for March 15, 2024. The Court was informed that Plaintiff refused to appear. The Plaintiff is advised that failure to participate in scheduled conferences may result in dismissal of the case for failure to prosecute. The stay in this case is hereby lifted.

      Defendant shall fill any motion for summary judgement on or before **Tuesday, April 30, 2024**. Plaintiff's opposition is due on or before **Friday, June 14, 2024**. Any reply is due on or before **Friday, July 12, 2024.**

      **The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff, Amaury Urena, #2412302807/NYSID #06036513J, Rose M. Singer Enhanced Supervised Housing (RESH), 19-19 Hazen Street, East Elmhurst, NY 11370.**

      SO ORDERED.

Dated: March 15, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge