

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024
```

May 24, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

> Request GRANTED. The Court adopts the proposed briefing schedule below. Defendants' motion is due by June 13, 2024; Plaintiff's opposition is due by July 26, 2024; and any reply is due by August 23, 2024.
>
> SO ORDERED:
>
> *Katharine H. Parker*   5/28/2024
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Amaury Urena v. City of New York et al.*
      22 Civ. 01189 (JHR)(KHP)

Your Honor:

    I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney recently assigned to defend the City of New York, Captain Pines, and Captain Clarke ("Defendants") in this matter. Defendants respectfully request an additional 14 day extension of time from May 30, 2024 to June 13, 2024 to file their motion for summary judgment. This is the second request for an extension. Defendants have not had the opportunity to contact *Pro se* Plaintiff to ascertain his position on the instant request as, upon information and belief, he is currently incarcerated.

    The reason for this request is that the undersigned was recently assigned to this case as the prior Assistant Corporation Counsel is unexpectedly out of the office on leave. As a result, the undersigned needs more time to review the file and draft Defendants' motion for summary judgment.

    Accordingly, defendants propose the following revised briefing schedule:

- Defendants' Motion due on June 13, 2024;
- Plaintiff's Opposition due on July 26, 2024; and
- Defendants' Reply due on August 23, 2024.

Defendants respectfully request that the Court endorse the above proposed briefing schedule, and such other and further relief as the Court deems appropriate.

                                        Respectfully submitted,

                                        *Thomas Lai s/*
                                        Thomas Lai
                                        Senior Counsel
                                        Special Federal Litigation Division

To:    **Via Mail**
       Amaury Urena
       Plaintiff *Pro Se*
       Booking #2412302807/NYSID #06036513J
       New York City Department of Correction
       Rose M. Singer Enhanced Supervised Housing (RESH)
       19-19 Hazen Street
       East Elmhurst, New York 11370