

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024**

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

June 11, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

> Request GRANTED. No further extensions will be granted absent a showing of good cause. The Court adopts the schedule proposed below. Defendants' motion is due on June 24, 2024. Plaintiff's opposition is due on August 6, 2024. Any reply is due by September 3, 2024. The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff.
>
> **SO ORDERED:**
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER    6/12/2024
> UNITED STATES MAGISTRATE JUDGE

Re:   *Amaury Urena v. City of New York*
      22 Civ. 01189 (JHR)(KHP)

Your Honor:

I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Captain Pines, and Captain Clarke ("Defendants") in this matter. Defendants respectfully request another brief extension of time from June 13, 2024 to June 24, 2024 to file their motion for summary judgment. This is the third request for an extension. Defendants have not had the opportunity to contact *Pro se* Plaintiff to ascertain his position on the instant request as, upon information and belief, he is currently incarcerated. Defendant City apologizes for the lateness of this request.

The reason for this request is that the undersigned needs more time to review the file which was recently re-assigned to him, and completing the drafting of defendants' motion for summary judgment is taking longer than anticipated. In addition, the undersigned was out of the office sick one day last week and unexpectedly out of the office yesterday caring for a family member.

Accordingly, defendants propose the following revised briefing schedule:

- Defendants' Motion due on June 24, 2024;
- Plaintiff's Opposition due on August 6, 2024; and
- Defendants' Reply due on September 3, 2024.

Defendants respectfully request that the Court endorse the above proposed revised briefing schedule, and such other and further relief as the Court deems appropriate.

                                                            Respectfully submitted,

                                                            *Thomas Lai s/*
                                                            Thomas Lai
                                                            Senior Counsel
                                                           Special Federal Litigation Division

To:    **Via Mail**
        Amaury Urena
        Plaintiff *Pro Se*
        Booking #2412302807/NYSID #06036513J
        New York City Department of Correction
        Rose M. Singer Enhanced Supervised Housing (RESH)
        19-19 Hazen Street
        East Elmhurst, New York 11370