

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024
```

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

June 24, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

> Request GRANTED. Good cause having been shown, the Court adopts the briefing schedule proposed below. Defendants' Motion due on July 15, 2024; Plaintiff's Opposition due on August 26, 2024; and Defendants' Reply due on September 20, 2024.
>
> **SO ORDERED:**
>
> *Katharine H. Parker*  6/25/2024
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Re:  *Amaury Urena v. City of New York et al.*
22 Civ. 01189 (JHR)(KHP)

Your Honor:

    I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Captain Pines, and Captain Clarke ("Defendants") in this matter. Defendants respectfully request another extension of time from June 24, 2024 to July 15, 2024 to file their motion for summary judgment. This is the fourth request for an extension. Defendant City apologizes for the lateness of this request. Defendants have not had the opportunity to contact *Pro se* Plaintiff to ascertain his position on the instant request as, upon information and belief, he is currently incarcerated.

    On July 11, 2024, Defendants requested an extension to file their motion for summary judgment to today, June 24, 2024, which was granted. ECF No. 108. The Court further noted that no further extension will be granted absent a showing of good cause. Id. The reason for this current request is that the undersigned has been out of the Office sick due to Covid-19 since Monday, June 17, 2024 and continues to be sick and out of the Office. As a result, the undersigned was unable to complete drafting defendants' motion for summary judgment before taking ill. We believe that this is sufficient good cause to warrant another extension. The undersigned hopes to return to the Office soon and believes the extension requested herein allows adequate time to do so and complete defendants' motion for summary judgment.

    Accordingly, Defendants propose the following revised briefing schedule:

- Defendants' Motion due on July 15, 2024;
- Plaintiff's Opposition due on August 26, 2024; and
- Defendants' Reply due on September 20, 2024.

Defendants respectfully request that the Court endorse the above proposed revised briefing schedule, and such other and further relief as the Court deems appropriate.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: **Via Mail**
Amaury Urena
Plaintiff *Pro Se*
Booking #2412302807/NYSID #06036513J
New York City Department of Correction
Rose M. Singer Enhanced Supervised Housing (RESH)
19-19 Hazen Street
East Elmhurst, New York 11370