USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>          Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>          Defendants. | 1-22-CV-1189 (VEC) (KHP)<br><br>**ORDER REQUESTING<br>VIDEO EVIDENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      On July 16, 2024, Defendants filed a Motion for Summary Judgment together with a Memorandum of Law and Declaration of Thomas Lai in support of said motion. (ECF Nos. 112-14) These materials refer to video evidence. (*Id.*) However, the Court does not have copies of the referenced video evidence. Defendants shall provide the Court with the referenced video evidence by submitting a thumb drive to the Court **by November 26, 2024**.

      **The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

Dated: November 21, 2024
       New York, New York

       SO ORDERED.

*Katharine H Parker*
_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**