**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMAURY URENA,

                Plaintiff,

-against-                              22 **CIVIL** 1189 (JHR)

**JUDGMENT**

CITY OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2025, the Report and Recommendation is adopted in its entirety, and the Court grants Defendants' motion for summary judgment. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                          **TAMMI M HELLWIG**

                                                          **Clerk of Court**

                             **BY:**

                                                           **Deputy Clerk**